BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYDIA JOHNSON** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | **Case No. CIV-08-3041 GGH**<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 9, 2009, to November 12, 2009 . This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

2   Dated: October 9, 2009                    */s/Bess M. Brewer*
                                             BESS M. BREWER
3                                            Attorney at Law

4                                            Attorney for Plaintiff

5

6
    Dated: October 13, 2009                  Lawrence G. Brown
7
                                             Acting United States Attorney
8
                                             */s/ Shea Lita Bond*
9                                            SHEA LITA BOND

10                                           Special Assistant U.S. Attorney
                                             Social Security Administration
11
                                             Attorney for Defendant
12

13                              **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED: October 16, 2009

16                                  /s/ Gregory G. Hollows

17                                     GREGORY G. HOLLOWS
                                       U.S. MAGISTRATE JUDGE
18
    johnson.eot2
19

20

21

22

23

24

25

26

27

28

2