1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 LYDIA JOHNSON                    )        Case No. CIV-08-3041 GGH
                                    )
12                                  )
                                    )        STIPULATION AND ORDER
13         Plaintiff,               )        EXTENDING PLAINTIFF'S TIME TO
                                    )        FILE MEMORANDUM IN SUPPORT
14 v.                               )        OF SUMMARY JUDGMENT
                                    )
15 MICHAEL J. ASTRUE                )
   Commissioner of Social Security  )
16 of the United States of America, )
                                    )
17         Defendant.               )
                                    )
18 _____  )

19
           IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with
20
   the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment
21
   in this case is hereby extended from November 12, 2009, to December 2, 2009.  This extension is
22
   required due to Plaintiff's counsel's impacted briefing schedule.
23

24 / / / /

25 / / / /

26 / / / /

27

28

                                            1

1

2    Dated: November 12, 2009                /s/Bess M. Brewer
                                             BESS M. BREWER
3                                            Attorney at Law

4                                            Attorney for Plaintiff

5

6
     Dated: November 13, 2009                Lawrence G. Brown
7
                                             United States Attorney
8
                                             /s/ Shea Lita Bond
9                                            SHEA LITA BOND

10                                           Special Assistant U.S. Attorney
                                             Social Security Administration
11                                           Attorney for Defendant

12

13                                            **ORDER**

14   APPROVED AND SO ORDERED.

15   DATED: November 19, 2009

16                                      /s/ Gregory G. Hollows

17                                            GREGORY G. HOLLOWS
                                              U.S. MAGISTRATE JUDGE
18
     johnson3041.eot
19

20

21

22

23

24

25

26

27

28