1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYDIA JOHNSON** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No. CIV-08-3041 GGH <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 2, 2009, to January 8, 2009.  This additional extension is required due to Plaintiff's counsel's extremely impacted briefing schedule.


/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 2, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 2, 2009       Lawrence G. Brown

United States Attorney

*/s/ Shea Lita Bond by Elizabeth Firer*
SHEA LITA BOND

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 7, 2009       /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

johnson3041.eot2