IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYDIA JOHNSON,

    Plaintiff,                    No. CIV S-08-3041 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendants.              ORDER TO SHOW CAUSE

_____/

        On January 8, 2010, pursuant to stipulation of the parties, plaintiff was granted an extension of time until January 15, 2010, to file her summary judgment motion. To date, the summary judgment motion has not been filed.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty-one (21) days of the filed date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: February 26, 2010                  /s/ Gregory G. Hollows

                                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
johnson3041.osc

1