BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LYDIA JOHNSON

        Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security
of the United States of America,

        Defendant.

Case No. CIV-08-3041 GGH

RESPONSE TO ORDER TO SHOW CAUSE
AND MOTION PURSUANT TO RULE 6(4)(b);
DECLARATION AND ORDER

## RESPONSE TO ORDER TO SHOW CAUSE
## AND NOTICE OF MOTION

In response to the Court's Order to Show Cause filed, Plaintiff hereby moves the Court for an order permitting her to file her Motion for Summary Judgment on March 23, 2010. This motion is being made pursuant to Rule 6 (4) (b) of the Federal Rules of Civil Procedure due to plaintiff's counsel's "inadvertence, mistake and excusable neglect" in failing to timely file the summary judgment motion or properly request an extension of time within which to do so. This motion is based on the entire record in this case including the declaration of plaintiff's counsel as set forth below.

## MOTION

Rule 6(4)(b) provides in pertinent part that:

    b) Extending Time.
    1. (1) In General.

1

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Plaintiff's motion for Summary Judgement was due January 12, 2010. Plaintiff's counsel failed to timely file the motion or request an extension of time due to her "excusable" neglect as set forth in her declaration. *See*, Declaration of Bess M. Brewer.

Plaintiff's counsel respectfully requests that she be permitted to file Ms. Johnson's summary judgment motion on March 23, 2010, in response to the Court's March 1, 2010, Order to Show Cause. Counsel apologizes to the court for her negligence in not timely requesting an extension of time within which to file Ms. Johnson's motion and for continuing to strain the court's patience. Opposing counsel does not object to the late filing.

Dated: March 22, 2010                LAW OFFICE OF
                                     BESS M. BREWER & ASSOCIATES


                                     By: __/S/ BESS M. BREWER__
                                     BESS M. BREWER
                                     Attorney for Plaintiff

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I am an attorney licensed the practice law in California and am admitted to practice before this Court. I represent the plaintiff in the above referenced case and submit this declaration in support of plaintiff's motion for an extension of time to file her motion for summary judgment.

2. Plaintiff's motion for summary judgment was due January 15, 2010. Unfortunately, I failed to file her motion or request an extension of time. My failure to timely file was not purposeful and is quite embarrassing.

3. My case load is seriously impacted. In late 2008 and 2009, I over estimated my ability to work these cases and took on far more than I

2

could handle. As a result, I have had to request very lengthy extensions and have inadvertently failed to timely file some of my summary judgment motions

4. In order to handle my huge case load, I hired two paralegal assistants in the Spring of 2009. Unfortunately, one did not work out and the other has been on an extended leave of absence due to medical problems since August of 2009. I have not had the time to hire or train replacements.

5. However, since October of 2009, I have cut the number of cases I take by half. Unfortunately, I won't feel the impact of the reduced case load until May of 2010.

6. I believe Ms. Johnson has a meritorious claim and that her case should be judged on its merits. I respectfully request that the court permit her case to proceed.

7. Opposing counsel does not object to the late filing.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on March 22, 2010, in Sacramento, California.

/s/ Bess M. Brewer

BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 26, 2010

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE Motion

3